David J. Jordan (1751)
*david.jordan@stoel.com*
Mark E. Hindley (7222)
*mark.hindley@stoel.com*
Ellen E. Ostrow (14743)
*ellen.ostrow@stoel.com*
STOEL RIVES LLP
201 S Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: 801.328.3131
Facsimile: 801.578.6999
 *Attorneys for Black Iron, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL CONBOY,<br><br>        Plaintiff,<br><br>vs.<br><br>GILBERT DEVELOPMENT<br>CORPORATION, a Nevada corporation,<br><br>        Defendant.<br><hr><br>BLACK IRON, LLC,<br><br>        Plaintiffs,<br><br>vs.<br><br>MICHAEL CONBOY,<br><br>        Defendants. | **STIPULATED NOTICE OF DISMISSAL**<br><br>Civil No. 4:18-cv-00090-DN<br><br>Civil No. 4:9-cv-00060-DN<br><br>(procedurally consolidated)<br><br>Judge David Nuffer |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, notice is hereby given that Black Iron, LLC ("***Black Iron***"), Michael Conboy (the "***Conboy***"), and Gilbert

1

Development Corporation ("*GDC*") hereby stipulate to the dismissal of the claims by and between Conboy and Black Iron in the above captioned cases with prejudice with each party to bear their own costs and fees. The parties previously stipulated to, and the Court granted, dismissal of the claims between Conboy and GDC with prejudice. The claims between Conboy and Black Iron were the only claims remaining, and as noted, the parties stipulate to dismissal of those claims with prejudice as well. Accordingly, the parties request the Court close the above-captioned cases.

Dated this 31st day of July, 2020.

STOEL RIVES LLP

By: *David J. Jordan*
David J. Jordan
David Levant
Mark E. Hindley
Ellen E. Ostrow
*Attorneys for Black Iron, LLC*

PARSONS BEHLE & LATIMER

By: *Liz Mellem* (*with permission*)
Liz Mellem
John Cooper
Brian Rothschild
201 S. Main St. Suite 1800
Salt Lake City, UT 84111
*Attorneys for Michael Conboy*

DURHAM JONES & PINEGAR

By: *Dana Farmer* (*with permission*)
Dana T. Farmer
372 24th Street, Suite 400
Ogden, UT 84401
*Attorneys for Gilbert Development Corporation*

2

107511194.1 0068735-00001

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the electronic filing users in this case as follows:

| | |
|---|---|
| Mark E. Hindley<br>mehindley@stoel.com,<br>slcdocket@stoel.com,<br>Dixie.colson@stoel.com | David J. Jordan<br>david.jordan@stoel.com,<br>stacy.kamaya@stoel.com |
| Brian M. Rothschild<br>brothschild@parsonsbehle.com,<br>ecf@parsonsbehle.com,<br>docket@parsonsbehle.com | Dana Farmer<br>dfarmer@djplaw.com,<br>mthatcher@djplaw.com,<br>pbrimley@djplaw.com,<br>abustos@djplaw.com |

*/s/ Stacy Kamaya*

3

107511194.1 0068735-00001